# PECHMAN LAW GROUP PLLC
### A T T O R N E Y S   A T   L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

September 29, 2022

**VIA ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1227 South
Brooklyn, New York 11201

      Re:  *Tucubal v. Ambika Bhavani Inc. et al.*
           No. 21 Civ. 5534 (DG) (CLP)

Dear Judge Pollak:

    We represent Plaintiff Cesar Tucubal in the above-referenced matter and submit this status letter pursuant to the Court's September 27, 2022 Order.

    Following the appearance of counsel for Defendants and the Court's July 22, 2022 referral of this case to mediation, the Parties selected Roger Briton, Esq., as their mediator and on August 3, 2022 mutually agreed to a September 22, 2022 mediation date. On September 14, 2022, defense counsel advised by email that neither defense counsel nor Defendants would be available for the September 22 mediation due to scheduling conflicts and proposed alternative dates in late-October and early-November. In light of their respective availabilities, the Parties and mediator have agreed to a November 9, 2022 mediation date.

    We thank the Court for its time and attention to this matter.

                                                   Respectfully submitted,

                                                     Galen C. Baynes